1  **MARTENSON, HASBROUCK & SIMON LLP**
   Marty N. Martenson (admitted *pro hac vice*)
2    Donna L. Keeton (admitted *pro hac vice*)
   3379 Peachtree Road, N.E., Suite 400
3  Atlanta, Georgia  30326
4  Telephone:  (404) 909-8100
   Facsimile:  (404) 909-8120
5  mnmartenson@martensonlaw.com
   dkeeton@martensonlaw.com
6      *and*
7  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
     Jill Garcia (Nevada Bar # 007805)
8  3800 Howard Hughes Parkway
   Suite 1100
9  Las Vegas, NV 89169
   Telephone:  (702) 791-7600
10 Facsimile:   (702) 369-5694

11 **Attorneys for Defendant**
   **AlliedBarton Security Services LLC**

12

13                **UNITED STATES DISTRICT COURT**

14                    **DISTRICT OF NEVADA**

15                                    )  Docket No. 2:10-cv-00731-JCM-LRL
                                      )
16 **DENNIS SCHAEFER,**               )
                                      )
17          Plaintiff,                )
                                      )
18     vs.                            )
                                      )
19 **ALLIEDBARTON SECURITY SERVICES** )
   **LLC, a Delaware Corporation;**   )
20 **CATHOLIC HEALTHCARE WEST d/b/a**  )
   **ST. ROSE DOMINICAN HOSPITAL, a** )
21 **California Corporation; Does I-X and Roe** )
   **Business Entities I-X,**         )
22                                    )
          Defendants.                 )
23 _____)

24       **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

25       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff DENNIS

26 SCHAEFER, Defendant ALLIEDBARTON SECURITY SERVICES LLC, and Defendant

27 CATHOLIC HEALTHCARE WEST d/b/a ST. ROSE DOMINICAN HOSPITAL, by and through

28

                                1

1  their respective attorneys of record, that this matter be dismissed with prejudice, with each party to

2  bear its own attorney fees and costs.

3

4  DATED this __28th__ day of October, 2010.        DATED this _28th__ day of October, 2010.

5  KEMP & KEMP                                        ALVERSON, TAYLOR,
                                                       MORTENSEN & SANDERS
6

7
   By: ___/s/ James P. Kemp_____      By: __/s/ Shirley Blazich, Esq._____
8         JAMES P. KEMP, ESQ.                         LEANN SANDERS, ESQ.
          Nevada Bar No. 006375                        Nevada Bar No. 000390
9         7435 W. Azure Drive, Suite 110               SHIRLEY BLAZICH, ESQ.
          Las Vegas, NV  89130                         Nevada Bar No. 008378
10        Attorney for Plaintiff                       7401 West Charleston Boulevard
          DENNIS SCHAEFER                              Las Vegas, NV  89117
11                                                     Attorneys for Defendant
                                                       CATHOLIC HEALTHCARE
12                                                     WEST, d/b/a ST. ROSE
                                                       DOMINICAN HOSPITAL
13

14  DATED this _28th__ day of October, 2010.

15  MARTENSON, HASBROUCK
    & SIMON, LLP
16

17  By: ____/s/ Donna L. Keeton_____
          DONNA L. KEETON, ESQ.
18        (admitted pro hac vice)
          3379 Peachtree Road, N.E.
19        Suite 400
          Atlanta, Georgia  30326
20        Attorneys for Defendant
          ALLIEDBARTON SECURITY
21        SERVICES, LLC

22

23

24

25

26

27

28

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that this matter is hereby DISMISSED WITH PREJUDICE this 1st day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

MARTENSON, HASBROUCK & SIMON LLP

____/s/ Donna L. Keeton_____
Marty N. Martenson, Esq.
(admitted pro hac vice)
Donna L. Keeton, Esq.
(admitted pro hac vice)
3379 Peachtree Road, N.E.
Suite 400
Atlanta, Georgia 30326
Phone: (404) 909-8100
Fax: (404) 909-8120

Attorneys for Defendant
ALLIEDBARTON SECURITY SERVICES LLC